

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| MICHAEL WAYNE PARSONS, | § | |
| | | No. 08-13-00340-CR |
| Appellant, | § | |
| | | Appeal from the |
| v. | § | |
| | | Criminal District Court |
| | | Number Two |
| | § | |
| THE STATE OF TEXAS, | | Of Tarrant County, Texas |
| | § | |
| Appellee. | | (TC# 1278599D) |
| | § | |

# J U D G M E N T

The Court has considered this cause on the record and concludes there was error in the judgment. We therefore reverse the trial court's order denying Appellant's motion to suppress and the trial court's judgment of conviction and remand the cause to the trial court for further proceedings consistent with this Court's opinion. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 8TH DAY OF JUNE, 2016.

ANN CRAWFORD McCLURE, Chief Justice

Before McClure, C.J., Rodriguez, and Hughes, JJ.